Solomon Samplinsky, Respondent, *v.* Charles E. Pierce, Appellant. Max Bayersdorfer, for respondent. C. L. Halberstadt, for appellant. Appeal from the judgment of the Fifth District Court, GOLDFOGLE, J. Judgment affirmed by default, with costs.

John H. Rieger, Respondent, *v.* William J. Swan, Appellant. Palmer & Boothby, for respondent. W. F. Severance, for appellant. Appeal from judgment of the City Court. Judgment reversed, new trial ordered, costs to appellant to abide the event.

Theresa Taussig, Respondent, *v.* Jacques L. Neppel, Appellant. Max Bayersdorfer, for respondent. H. Coleman, for appellant. Appeal from judgment of the Fourth District Court, STECKLER, J. Judgment affirmed, with costs.

Christian Sanders, Respondent, *v.* Thos. Q. Seabrook, Appellant. Fromme Bros., for respondent. N. H. Bijur, for appellant. And four other cases ; same title. Appeal from judgment of the Seventh District Court, McKEAN, J. Judgment affirmed, with costs.

The Cochran Cotton Seed Oil Co., Respondent, *v.* Theo. B. Habler and Others, Appellants. Robert B. Honeyman, for respondent. M. P. Stafford, for appellants. Motion for leave to appeal to Court of Appeals granted.

William P. Roome, Respondent, *v.* Frederick C. Jennings, Appellant. Ferdinand A. Thompson, for respondent. Putney & Bishop, for appellant. Motion for reargument denied, with ten dollars costs.

Newton Squire, Plaintiff, *v.* Benjamin Senia and Others, Defendants. Seaman & M———, for plaintiff. Kenneson, Crain & Alling, for defendants. Motion for leave to go to Court of Appeals granted.